# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00139-CV

**Appellants, David Lovelace and Melissa Lovelace // Cross-Appellant, Lake Travis Independent School District**

**v.**

**Appellee, Lake Travis Independent School District // Cross-Appellees, David Lovelace and Melissa Lovelace**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT NO. D-1-GN-06-003726, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

David Lovelace, Melissa Lovelace, and Lake Travis Independent School District have filed a joint motion to consolidate their two appeals in cause numbers 03-06-00742-CV and 03-07-00139-CV. We agree that judicial economy is best served by considering these two related matters together. We consolidate both appeals into the pending appeal in cause number 03-06-00742-CV. The record and all pertinent documents from this proceeding will be transferred into cause number 03-06-00742-CV. Because there will be no further activity in cause number 03-07-00139-CV, the cause is dismissed.

_____

Diane Henson, Justice

Before Chief Justice Law, Justices Puryear and Henson

Dismissed

Filed: April 18, 2007